THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. PIERCE and Others, Relators, v. THE CONSERVATION COMMISSION OF THE STATE OF NEW YORK and Others, Respondents.— Determination annulled, with fifty dollars costs and disbursements to the relator to abide the event, and

matter remitted to the Commission for further consideration on the opin-
ion in *People ex rel. Sidney Water Works Co.* v. *Conservation Commission*
(175 App. Div. 5), decided herewith. All concurred.